# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2904

_____

Eugene Kenneth Jones,                           *
                                                *
          Appellant,                            *
                                                *   Appeal from the United States
     v.                                         *   District Court for the
                                                *   Eastern District of Missouri.
Victor Stewart; Dora Schriro;                   *
Fannie Harrison; Percy Harrington;              *
Gary Rogers,                                    *
                                                *   [UNPUBLISHED]
          Appellees.                            *

_____

Submitted:  June 7, 2005
    Filed:  June 10, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

     Missouri inmate Eugene Jones appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003) (standard of review), we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

    [1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.